IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE GLENN,

    Plaintiff,

v.                                  CASE NO. 5:12-cv-133-RS-GRJ

SHAWN GILLIS, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's motion for leave to proceed as a pauper (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice** because of abuse of the judicial process.

4. The clerk is directed to close the file.

**ORDERED** on August 9, 2012.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**